# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RICHARD WARD** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-2956** |
| **FRANKLIN PARISH DETENTION CENTER, ET AL.** | **SECTION "T"(4)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, R. Doc. 4, approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Richard Ward's 42 U.S.C. § 1983 civil rights complaint be **DISMISSED WITHOUT PREJUDICE** for failure to prosecute pursuant to Fed. R. Civ. Proc. 41(b).

New Orleans, Louisiana, this  7th  day of _____April_____, 2025.

**GREG GERARD GUIDRY**
**UNITED STATES DISTRICT JUDGE**